

FILED
CLERK, U.S DISTRICT COURT

JUN – 5 2008

CENTRAL DISTRICT
BY

1

2

3

4

5

6

7          **UNITED STATES DISTRICT COURT**

8          **CENTRAL DISTRICT OF CALIFORNIA**

9          **WESTERN DIVISION**

10

11   ALFONSO CANO,                    )    No.  CV 07-5776-AG (AGR)
                                       )
12                 Petitioner,         )
                                       )    **JUDGMENT**
13         v.                          )
                                       )
14   LONNIE WATSON, Warden,            )
                                       )
15                 Respondent.         )
     _____)

16

17         Pursuant to the order adopting the magistrate judge's report and

18   recommendation,

19         IT IS ADJUDGED that the petition in this matter is denied and dismissed with

20   prejudice.

21

22   DATED: **MAY 31, 2008**

23                                        ANDREW J. GUILFORD
                                          UNITED STATES DISTRICT JUDGE

24

25

26

27

28